**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEDRO CRUZ-TERCERO, | ) NO. CV 10-5228-SJO (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| TERESER BANKS, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: August 2, 2012

S. James Otero

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE